# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANGELICA PARRA | § | |
| | § | 3:20-CV-00277 |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION: |
| | § | |
| ASI LLOYDS, INC. | § | |
| | § | |
| Defendant | § | JURY DEMANDED |

## LIST OF ALL COUNSEL OF RECORD

Shaun W. Hodge
State Bar No.: 24052995
The Hodge Law Firm, PLLC
Old Galveston Square Building
2211 Strand, Suite 302
Galveston, Texas 77550
Phone: (409) 762-5000
Facsimile: (409) 763-2300
Email: shodge@hodgefirm.com
*Attorney for Plaintiff*

Michael I. Ramirez
State Bar No.: 24008604
David A. DuBois
State Bar No.: 24098871
McCoy Leavitt Laskey, LLC
20726 Stone Oak Parkway, Suite 116
San Antonio, Texas 78258
Phone: (210) 446-2828
Facsimile: (262) 522-7020
Email: mramirez@mlllaw.com
        ddubois@mlllaw.com
*Attorneys for Defendant*